UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-cv-24082-MGC

MARY FENTE,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

JOBCASE, INC., a Delaware Corporation,
and LYFT, INC., a Delaware Corporation,

      Defendants.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Mary Fente, and Defendants, Jobcase, Inc. and Lyft, Inc., jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of each claim asserted by Plaintiff against Defendants in this action.

Date: December 22, 2017

Respectfully submitted,

| **HIRALDO P.A.** | **BAKER HOSTETLER LLP** |
|---|---|
| */s/ Manuel S. Hiraldo* <br> Manuel S. Hiraldo <br> Florida Bar No. 030380 <br> 401 E. Las Olas Boulevard <br> Suite 1400 <br> Ft. Lauderdale, Florida 33301 <br> Email: mhiraldo@hiraldolaw.com <br> Telephone: 954.400.4713 <br><br> *Counsel for Plaintiff* | */s/ Julie Singer Brady* <br> Julie Singer Brady <br> Florida Bar No. 389315 <br> 200 S. Orange Ave., Ste 2300 <br> Orlando, FL 32801-3455 <br> Email: jsingerbrady@bakerlaw.com <br> Telephone: 407-649-4832 <br><br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713