UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-24082-Civ-COOKE/GOODMAN

MARY FENTE, individually and on
behalf of all others similarly situated,

      Plaintiffs,

vs.

JOBCASE, INC., a Delaware corporation
and LYFT, INC., a Delaware corporation,

      Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Joint Stipulation of Dismissal with Prejudice, ECF No. 22. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of December 2017.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*